UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ANTHONY ROBERTSON, <br> Plaintiff, <br> v. <br> RICHARD A. HONN, et al., <br> Defendants. | Case No. 17-cv-01724-JD <br><br> **JUDGMENT** |

At plaintiff's request, the Court dismisses this case with prejudice and enters judgment against him pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: June 28, 2018

_____
JAMES DONATO
United States District Judge